569 A.2d 353

**ASSOCIATION OF COMMUNITY ORGANIZATIONS FOR RE-FORM NOW (ACORN) and Committee for a Better North Philadelphia (CBNP) and Consumer Education and Protective Association (CEPA) and Lucien E. Blackwell, Marian B. Tasco, Augusta A. Clark, George Burrell, Jr., David Cohen, Angel L. Ortiz and James J. Tayoun**

v.

**SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY (SEPTA).**

**Appeal of ACORN, CBNP and CEPA.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1990.

Decided Feb. 6, 1990.

Irv Ackelsberg, Deborah Harris, Philadelphia, for appellants.

David P. Bruton, Philadelphia, for SEPTA.

David Cohen, pro se.

Angel Ortiz, pro se.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.